# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

December 8, 2010



Paul R. Warren, Clerk of Court
U.S. Bankruptcy Court, WDNY
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

FILED
DEC 10 2010
BANKRUPTCY COURT
BUFFALO, NY

    Re:   Penny L. Peete
            fka Penny L. Kowal-Peete
            Bk. No. 07-01920K
            Request to Deposit Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $28.29. I request that the Clerk of the Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds.".

    I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s).

Claimant -   <u>Cingular Wireless</u>      Amount <u>$28.29</u>    Claims Register #3

    If you have any questions or problems, please feel free to contact the undersigned. Thank you for your courtesy and cooperation in this matter.

                  Very truly yours,

                  **JOHN H. RING, III**

JHR/pls
Enc.